AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22–mj–00184 |
| Benjamin Cole - ▓ ; Counts 1,2,3 | ) | Assigned To : Magistrate Judge Meriweather, Robin M. |
| Brian Preller - ▓ ; Counts 1,2,3 | ) | Assign. Date : 8/16/2022 |
| John Edward Crowley - ▓ ; Counts 1,2,3 | ) | Description: Complaint w/ Arrest Warrant |
| Jonathan Alan Rockholt - ▓ ; Counts 1,2,3 | ) | |
| Tyler Quitin Bensch - ▓ ; Counts 1,2 | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1   18 U.S.C. § 231(a)(3) | (Civil Disorder) |
| Count 2   18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds) |
| Count 3   18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

▓ Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

2022.08.16
17:06:59 -04'00'

Date: __08/16/2022__                                                         _____
*Judge's signature*

City and state: __Washington, D.C.__        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*