## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CASE NO. 22-MJ-00184** |
| | : | |
| **BENJAMIN COLE,** | : | |
| **BRIAN PRELLER,** | : | |
| **JOHN EDWARD CROWLEY,** | : | |
| **JONATHAN ALAN ROCKHOLT, AND** | : | |
| **TYLER QUINTIN BENSCH** | : | |
| | : | |
| **DEFENDANTS.** | : | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, November 8, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, January 10, 2023.  Counsel for each defendant concurs in this motion. The parties request the additional time to engage in plea negotiations and review pre-indictment discovery productions.

The parties request that the Court exclude the time from November 8, 2022, until the next status conference, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: October 28, 2022                    By: */s/ Melanie L. Alsworth*
                                          Melanie L. Alsworth
                                          Ark. Bar No. 2002095
                                          Trial Attorney
                                          United States Department of Justice
                                          Criminal Division
                                          Narcotic and Dangerous Drug Section
                                          (On Detail to the USAO-DC)
                                          601 D Street, N.W.
                                          Washington, D.C.  20530
                                          Telephone: (202) 598-2285
                                          Email: Melanie.Alsworth2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 28th day of October, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/  Melanie L. Alsworth*
Melanie L. Alsworth
Ark. Bar No. 2002095
Trial Attorney
United States Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
(On Detail to the USAO-DC)
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 598-2285
Email: Melanie.Alsworth2@usdoj.gov