# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CASE NO. |
| : | |
| JONATHAN ALAN ROCKHOLT, : | |
| : | VIOLATIONS: |
| Defendant. : | |
| : | 18 U.S.C. § 231(a)(3) |
| : | (Civil Disorder) |
| : | |
| : | 18 U.S.C. § 641, 2 |
| : | (Theft of Government Property) |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, JONATHAN ALAN ROCKHOLT committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

**COUNT TWO**

On or about January 6, 2021, within the District of Columbia, JONATHAN ALAN ROCKHOLT, did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a United States Capitol Police riot shield, which has a value of less than $1000.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641 and 2)

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____

Melanie L. Alsworth
Ark. Bar No. 2002095
Trial Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530