# Exhibit B



**DEPARTMENT OF THE ARMY**
E COMPANY, 4TH BATTALION 3RD AIR DEFENSE ARTILLERY
31ST AIR DEFENSE ARTILLERY BRIGADE
FORT SILL, OKLAHOMA 73503

AFVL-RKB                                                                                              3 May 2023

MEMORANDUM FOR THE HONORABLE TREVOR N. McFADDEN UNITED STATES DISTRICT JUDGE c/o VINCENT A. CITRO LAW OFFICES OF HORWITZ & CITRO, P.A. 17 EAST PINE STREET ORLANDO, FLORIDA 32801

Honorable Judge McFadden,

My name is Sergeant First Class Christopher L. Rockholt a current active duty service member of the United States Army for 19 years and 4 months. I am submitting a character letter on behalf of my brother Jonathan Allan Rockholt. My intent of this letter is attest to the my brothers character and the actions that occurred on January 6th, 2021 in which my brother has pled guilty in participating in a civil disorder at the Capitol and theft of government property.

My brother made a mistake in participating in the evets that transpired that day and receiving the shield. I have spoken to my brother about the incident a handful of times and I do not have all the details. However, I know my brother is a civil American and stands firm in his belief of our country. He has never harmed or hurt anyone a day in his life. He has supported America and fully supports our Military and has since I joined the United States Army in 2004. He doesn't start conflict or trouble anyone, he humbly remains to himself. I also believe he did not know the details in which he was asked to go to Washington D.C. My brother has taken full responsibility with his actions. Jonathan is loyal Son to our Mother and Father and a great uncle to my 4 children in which they love dearly. He's an outdoorsman who loves to fish and spend quality time alone. Jonny has great sense of humor and is always cracking jokes and making people smile and laugh. He loves his family and friends, and my children absolutely adore him. Their eyes light up when we come visit. I respectfully request leniency during sentencing on my brother's behalf. Jonathan and our family are very remorseful from the incidents that occurred. Thank you kindly for allowing me to submit this letter.

ROCKHOLT, CHRIS
SFC, USA
ARMY