**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-cr-104 (TNM)** |
| | : | |
| **JONATHAN ROCKHOLT** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and for clarity of the record, of the following exhibits that were provided to the Court and defense counsel in relation to the government's sentencing memorandum (ECF No. 73).

The government provided the Court and defense counsel four video exhibits via USAfx on July 6, 2023. The proposed Government Exhibits 1, 1-A, and 3 are CCTV video footage taken on January 6, 2021 on the grounds of the U.S. Capitol. Government Exhibit 2 is a third-party video taken on January 6, 2021 on the grounds of the U.S. Capitol.

These exhibits will be offered into evidence during the sentencing hearing scheduled for July 7, 2023. Because the exhibits are video and audio clips, they are not in a format that readily permits electronic filing on CM/ECF.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

1

By:     */s/ Melanie Alsworth*
        Melanie L. Alsworth
        Trial Attorney U.S. Department of Justice
        On detail to the USAO-DC
        601 D Street, N.W.
        Washington, DC 20530
        Phone: (202) 598-2285
        Email: melanie.alsworth2@usdoj.gov